IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 16-276 |
| BRENDEN SMITH | : |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant Brenden Smith's Motion for Early Termination of Supervised Release, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Mr. Smith is discharged from any further supervision by the United States Probation Department.

BY THE COURT:

_____
Honorable Timothy Savage

Hope C. Lefeber, Esquire
I.D. No. 31102
1500 JFK Boulevard; Suite 1205
Two Penn Center
Philadelphia, PA  19106
(610) 668-7927

_____

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 16-276** |
| **BRENDEN SMITH** | : | |

### DEFENDANT BRENDEN SMITH'S
### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant, Brenden Smith, by and through his counsel, Hope C. Lefeber, Esquire, motions this Honorable Court for Early Termination of Supervised Release, pursuant to 18 U.S.C. § 3583(e), and states as follows:

1. Mr. Smith pled guilty to one count of possession of child pornography, in violation of 18 U.S.C. §2252(a)(4), and on January 4, 2017, this Court sentenced him to a term of imprisonment of 1 day. The Court also ordered that he should be placed on supervised release for thirty (30) years.

2. Mr. Smith has successfully completed seven years of supervised release. During that period of time, though not required to do so, he has engaged in extensive psychological therapy to address his problems.

3. In the fall of 2015, immediately following the execution of the search warrant in his home which began this criminal proceeding, Mr. Smith came to terms with his issues and enrolled in and completed a one week in-patient treatment program at the Brooke Glenn Behavioral Hospital, For Washington, PA, under the care of Hack, Chung, M.D. Subsequently, he participated in three (3) one hour evaluation sessions with a psychologist, Steven Samuel, Ph.D.

4. From 2015-2020, Mr. Smith voluntarily participated in a vigorous course of therapy. He attended weekly, one hour therapy sessions at Sex & Love Addicts Anonymous, Lafayette Hill and Paoli, PA. He participated as a presenter on one occasion, telling his story to a group of fifty (50) people for a half hour. For medication management, he attended sessions with his psychiatrist, Bran Bora, M.D., CM Counsel, Plymouth Meeting, PA, every six (6) months).

5. From 2015 to the present, Mr. Smith has also participated in individual and group treatment with Dr. Jennifer Weeks at Sexual Addiction Treatment Services, Plymouth Meeting, PA. There he attended a total of one hundred and one (101) one hour individual, sexual health and mental therapy sessions and two hundred and thirty-eight (238) group sessions with Dr. Weeks, each session was one to one and a half hours in duration.

6. In addition, in 2016, he also attended seven (7) one hour relationship counseling sessions at J.M. Cutshaw & Associates, Blue Bell, PA. He also attended "Healthy Sexuality"

seminar given by Erin Lee Kelly, Ph.D. Sexual Addiction Treatment Services, Plymouth Meeting, PA.

7. Despite having completed over eight (8) years of therapy, Mr. Smith is committed to continuing to attend therapy sessions on a monthly basis, voluntarily.

8. Mr. Smith is a lifelong resident of the Philadelphia area and has strong family ties to the community. He is very close to his family and sister.

9. Mr. Taylor has been gainfully employed as a project manager for a commercial construction firm, Blue Rock Construction, Inc., Newtown, Square, PA, since 2003.

10. In April of 2022, he married and the couple had their first child in March, 2023. Unfortunately, postpartum, his wife, a native of China, became extremely stressed and homesick for her family who still resides in China. Recently she went to China and has remained there. The couple communicates daily and are only "separate" geographically. Mr. Smith would like to have the flexibility to travel to and from China to be with his wife and daughter.

11. There are no outstanding court ordered fines, restitution and/or fees.

12. Mr. Smith's United States Probation Officer is David Merth. Mr. Merth has confirmed with the undersigned that Mr. Smith has been fully compliant with all of his supervised release conditions and has not committed any violations. He stated that it is the policy of the U.S. Probation Office to oppose all requests for early termination of supervised release for sex offenders, but that Mr. Smith has been fully compliant, in all respects, during the past seven years.

13. Mr. Smith seeks early termination of supervised release because he wishes to have greater freedom to travel and to be able to have normalcy in his relationships with his wife,

daughter, friends and family and to put this dark chapter of his life behind him. Indeed, the incident or possession which gave rise to these charges occurred nine years ago.

15.     Healthy personal relationships and connections are extremely important to everyone, and even more so for individuals who have struggled with psychological issues. Mr. Smith's reasons for seeking early termination of supervised release are borne of a genuine desire to move forward on a healthy, law-abiding path. Dr. Weeks, the Clinically Certified Sex Offender Treatment Provider, who has supervised his treatment for the past eight years, is supportive of this request, and states:

> Mr. Smith has been dedicated to his recovery and his treatment as evidenced by changes he has made to his life and his desire to continue treatment on a voluntary basis after he was deemed to have successfully completed sex offender specific treatment.
>
> Mr. Smith has stated that he is requesting an alteration to his supervised release terms. The main reason for this request is for him to be able to freely travel to see family that is out of state. Additionally, an alteration to his supervised release would more freely allow him to travel to see his wife and daughter in order to maintain and grow this relationship while following up on immigration requirements.

*Letter of Dr. Jennifer Weeks,* Exhibit "A," at p. 2.

WHEREFORE, for all of the reasons set forth above, it is respectfully requested that the instant Motion be GRANTED and that Mr. Smith's supervised release be TERMINATED.

Respectfully,

HOPE C. LEFEBER, LLC

By:

*Hope C. Lefeber*

_____
HOPE C. LEFEBER, ESQUIRE

**CERTIFICATE OF SERVICE**

I certify that a copy of the attached Motion for Early Termination of Supervised Release was served upon all counsel of record by electronic filing, on January   , 2024.

/s/

_____
HOPE C. LEFEBER