# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BRENDEN SMITH** | : | **NO. 16-276** |

## ORDER

**NOW**, this 29th day of April, 2024, upon consideration of the Defendant's Brenden Smith's Motion for Early Termination of Supervised Release (Doc. No. 28), the government's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the conditions of supervised release are **MODIFIED** to permit the defendant to travel to and from the People's Republic of China provided he complies with all requirements of SORNA and the government of the People's Republic of China grants him permission to enter.

TIMOTHY J. SAVAGE, J.