| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:16CR00276-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 1:25CR00499 (CPO) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brenden Kerry Smith | Eastern District of Pennsylvania | Philadelphia |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Timothy J. Savage, U.S. District Court Judge | |
| | DATES OF SUPERVISED RELEASE | FROM 01/18/2017 — TO 01/17/2047 |

**OFFENSE**
18 U.S.C. §§2252(a)(4) – Possession of images of prepubescent children engaging in sexually explicit conduct (Count One)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Subject resides in the District of New Jersey and has no intention of moving to the Eastern District of Pennsylvania.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Pennsylvania___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of New Jersey___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 7/8/2025 | /s/ Timothy J. Savage |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF ___New Jersey___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 8/6/25 | /s/ Christine A. O'Hearn |
|---|---|
| Effective Date | United States District Judge |